AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

_Zelmer R. Ashley_
Plaintiff/Petitioner

v.

_Chase Bank, J.P. Morgan et all._
Defendant/Respondent
_Palm Beach State College et al._

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _N/A_.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _N/A_, and my take-home pay or wages are: $ _N/A_ per

*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☒ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☒ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☒ No
(e) Gifts, or inheritances                            ☐ Yes    ☒ No
(f) Any other sources                                 ☒ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

See Attachment

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

See Attachment

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

See Attachment

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 7/20/2013

Applicant's signature: Zelmer K Ashly

Printed name: Zelmer R. Ashley

# Financial Affidavit

### Income

Past year I receive $1,500.00 Gift and odd jobs.

Receive $20.00 a month for boat trailer storage.

### Federal College Grants and Loans

Fall semester I received $6,457.00 on 9/17/2012

Summer Semester I received $801.00 on 7/11/2012

### Asset

Homestead Property in foreclosure in this case that state court gave Zelmer Life Estate only.

### Debts

Social Security Disability over payment when Zelmer Ashley appeals were denied. Zelmer Ashley is Bipolar with sever Depression with Vocal cord deduction from chemical exposer while working in the boat industry. Over payment of $18,000.00

Attorney Bruce Kravit receive judgment $25.000.00 plus 10 percent interest for Scrub Palm Florida Power & Light Cut Down in the Power Lines middle of ditch in Loxahatchee FL. that drain the back five acre. We lost our property in Loxahatchee Florida over the law suit plus judgment.

Seacoast Utility Authority $3,325.00, Zelmer Ashley owed $100.00 dollars, Zelmer Ashley water been turn off for six years. Zelmer Ashley pay his water bill and turn on the water Seacoast Utility Authority Wanted full amount sum of $3,325.00.

_Zelmer R Ashley_  Date 7/20/2013
Plaintiff